# IN THE SUPREME COURT OF THE STATE OF NEVADA

TATIANA LEIBEL,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 84156

FILED

FEB 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

In this is a pro se original petition for a writ of certiorari. petitioner challenges her incarceration and asserts that she is innocent. Problematically, petitioner failed to provide any judgment of conviction, district court order, lower court record, or other document pertinent to her petition. NRAP 21(a)(4), (c) (explaining that it is the petitioner's obligation to provide an appendix that includes all records that may be essential to understand the matters set forth in the petition). "A writ of certiorari is an extraordinary remedy[,] and the decision to entertain a petition for a writ of certiorari lies within the discretion of this court." *Zamarripa v. First Judicial Dist. Court*, 103 Nev. 638, 640, 747 P.2d 1386, 1387 (1987).

22-05327

Having considered the petition, we conclude that extraordinary relief is not warranted. NRS 34.020 (addressing when writ of certiorari may issue); *Zamarripa*, 103 Nev. at 640, 747 P.2d at 1387. Accordingly, we ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:     Tatiana Leibel
        Attorney General/Carson City
        Douglas County District Attorney/Minden
        Douglas County Clerk